UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
BAY STREET NEIGHBORHOOD, LLC,      )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 15-150 S
                                   )
GENE P. DEVINE, CRUMP INSURANCE    )
SERVICES, INC., JOHN DOE 1, JOHN   )
DOE 2,                             )
                                   )
        Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On September 8, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter. (ECF No. 15.) Judge Sullivan recommended that Defendant CRC Insurance, Inc.'s Motion to Dismiss (ECF No. 5) be denied.[1] No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is ADOPTED, CRC Insurance, Inc.'s Motion is DENIED, and CRC Insurances, Inc. shall answer the Complaint within twenty-one days of this Order.

IT IS SO ORDERED.
*William E. Smith*
William E. Smith
Chief Judge
Date: November 3, 2015

---

[1] CRC Insurance Services, Inc., is named in the caption as "Crump Insurance Services, Inc."